UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:06-CR-372-RLH-RJJ |
| vs. | ) |
| LISA MONTOYA, | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#82) on June 3, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: STATE OF NEVADA
Amount of Restitution: $23,000.00

**Total Amount of Restitution ordered: $23,000.00****

**Joint and Several with co-defendant Bart Montoya

Dated this 21ST day of November, 2016.

UNITED STATES DISTRICT JUDGE